No. 1113, Misc. GATEWOOD *v.* HENDRICK, COUNTY PRISONS SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1114, Misc. JACKSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1115, Misc. HEACOCK *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1116, Misc. LEE *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1118, Misc. STELL *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1199, Misc. BEER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 315, Misc. JOHNSON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Phillip A. Hubbart* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle* and *Arden M. Siegendorf,* Assistant Attorneys General, for respondent.

No. 863, Misc. KYLE *v.* WICKERSHAM ET AL. C. A. 2d Cir. Motion to substitute Elizabeth S. Wickersham in place of Cornelius W. Wickersham, Jr., as a party respondent granted. Certiorari denied.